■ JOSE O. GOMEZ et al., Appellants, v BERNARDO A. LOT-ERO, Respondent. [709 NYS2d 441] —In an action, *inter alia,* to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Queens County (Golar, J.), dated January 15, 1999, which denied their motion to vacate a prior order of the same court, dated June 29, 1998, granting the defendant's motion for summary judgment dismissing the complaint on the ground that none of the plaintiffs sustained a serious injury within the meaning of Insurance Law § 5102 (d), upon their default in opposing the motion.

Ordered that the order is affirmed, with costs.

To vacate a default on a motion, a plaintiff must establish that the default was excusable and that he or she has a meritorious cause of action (*see, McFarlane v City of New York,* 243 AD2d 691). The affirmation of the plaintiffs' expert, which was the only competent evidence submitted in support of their motion to vacate the prior order, failed to make out a meritorious cause of action (*see, Smith v Askew,* 264 AD2d 834; *Grossman v Wright,* 268 AD2d 79). O'Brien, J. P., Sullivan, Goldstein, Luciano and Feuerstein, JJ., concur.